## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| LORI GRAY, DERIVATIVELY ON BEHALF OF FIRST NATIONAL COMMUNITY BANCORP, INC. | : No. 91 MAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| | : |
| LOUIS A. DENAPLES, MICHAEL J. CESTONE, JR., JOSEPH COCCIA, DOMINICK L. DENAPLES, JOSEPH J. GINTILE, JOHN P. MOSES, WILLIAM P. CONABOY, MICHAEL CONAHAN, J. DAVID LOMBARDI, DEMETRIOUS & COMPANY, LLC., AND FIRST NATIONAL COMMUNITY BANCORP, INC., A PENNSYLVANIA CORPORATION | : |
| ------------------------------------------- | : |
| FARUQI AND FARUQI | : |
| v. | : |
| JOSEPH R. SOLFANELLI | : |

PETITION OF: JOSEPH R. SOLFANELLI

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.